# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BANK OF AMERICA, N.A., | ) |
|  | ) Civil Action No. 1:23-cv-12684-AK |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| JENZIBAR, INC.; LING CHAI MAGINN; ROBERT MAGINN, JR.; CHAI-MAGINN FAMILY LP, CHAI-MAGINN FAMILY LLC; and NEW MEDIA INVESTORS II-C, LLC, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bank of America, N.A. hereby voluntarily dismisses this action.

Dated: April 22, 2024

Respectfully Submitted,

**BANK OF AMERICA, N.A.**

By its attorneys,

*/s/ Erick M. Sandler*
Erick M. Sandler (BBO #653868)
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
T: (860) 275-0138
F: (860) 881-2459
emsandler@daypitney.com

-2-

Michael K. Lane (BBO #673501)
Day Pitney LLP
One Federal Street
29th Floor
Boston, MA 02110
T: (617) 345-4624
F: (617) 716 2096
mlane@daypitney.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).

Dated:  April 22, 2024

*/s/ Erick M. Sandler*